**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mario Ernesto VILLABONA–
ALVARADO, Defendant–
Appellant.**

No. 14–55477.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2015.*

Filed April 15, 2015.

Jean–Claude Andre, Joshua Robbins, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Mario Ernesto Villabona–Alvarado, Hobbs, NM, pro se.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Mario Ernesto Villabona–Alvarado appeals pro se the district court's judgment denying his petition for a writ of error coram nobis seeking to vacate his convictions stemming from a 1990 trial. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Villabona–Alvarado claims that evidence discovered after the resolution of his 28 U.S.C. § 2255 motion provides a basis for vacating his convictions. We review de novo the district court's denial of Villabona–Alvarado's coram nobis petition. *See United States v. Riedl,* 496 F.3d 1003, 1005 (9th Cir.2007). The district court properly refused to hear Villabona–Alvarado's repetitive petition given that he presented no evidence of "manifest injustice or a change in law." *Polizzi v. United States,* 550 F.2d 1133, 1135 (9th Cir.1976); *see also Matus–Leva v. United States,* 287 F.3d 758, 761 (9th Cir.2002) ("A petitioner may not resort to *coram nobis* merely because he has failed to meet the AEDPA's gatekeeping requirements."). Moreover, Villabona–Alvarado's claims fail to demonstrate an error of "the most fundamental character." *Hirabayashi v. United States,* 828 F.2d 591, 604 (9th Cir.1987).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.